RECEIVED
MAY 15 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the Federal District Court for the United States of America
In and for the Republic of the Great State of California

**SVK**

Eeon- a Free-Born Man, et al

**CV 18 3449**

v.

The, Et Al

A Suit at Common Law, statutory challenge
challenge to unconstitutional administrative
Jurisdiction, and statute. Jury trial demand,
amount in controversy $18,457,957.21 x et al

In the free exercise of the rights retained by the people we do not consent to the altering and/or changing of the aforementioned caption, specifically the font and style of the name shall remain in lowercase cap's, i.e first letter capitalized of the personal-name the following letters in lowercase, CORPORATIONS names in all capital letters. The plaintiffs stand present in their natural freeborn capacities under the rights retained and reserved for suits in common law where the value is greater than $20.

The Atty. Gen. for the United States of America is notified of the challenge to the statutory provisions and we challenge these provisions as unconstitutional to include but not be limited to THE NONJUDICIAL FORECLOSURE ACT, THE NATIONAL EMERGENCY BANKING RELIEF ACT, THE FEDERAL EMERGENCY RELIEF ACT and along with the associated provisions of statutory law, regulation, codes etc. al.

This matter is to be had at common law, pursuant to the Declaration of Independence, the Northwest ordinance of 1878 and or associated ordinances not inconsistent with the common law, the Constitution of the United States and the Constitution and the laws of the state not inconsistent therewith the common-law, and it is under equal protection of law that we present this our common law complaint with our common law claims, under common law rules.



**I.**   **JURISDICTION:**

1.  This venue has concurrent jurisdiction at common law.

2.  That the common law is the law of the land in the United States of America, and the Constitution of the United States of America Bill of Rights is no more than or cognizable as a common law instrument.

3.  The rules of common law are the only rules that apply in matters at common law.

4.  Common law jurisdiction does not require one to be represented by counsel/attorney/administrative procedures.

5.  Common law jurisdiction does not require one to submit to the jurisdiction of a court/"the court".

6.  There is no consent granted nor any consent being given to submit, surrender, and/or waive any rights to any jurisdiction and/or any venue other than that of common law.

7.  To interfere with the rights to proceed at common law would be a restraint on liberty and a subjecting one to servitude in violation of the principles of the 13th article to/for the United States Constitution of America.

**II.**   **DEFENDANTS:**

8.  "The United States of America Department of Agriculture", location and address a matter of record.

9.  "The United States of America Social Security Administration", location and address a matter of record.

10. "The United States Of America Federal Emergency Management Administration", location and address a matter of record.

*11.* "THE STATE OF CALIFORNIA", location and address a matter of record.

a. **JPMorgan Chase Bank**
   **1111 Polaris Parkway**
   **Columbus, Ohio 43240**
   **Loan #0667856959**
   **Loan #3014034841**
   **Loan #3014184323**
   **Loan #1022693640**
   **Loan #3018519003**

b. **Deutsche Bank Trust Co America**
   **60 Wall St,**
   **New York, NY 10005**
   **Loan # 63019161**

c. **Caliber Home Loans, Inc.,**
   **1525 S Belt Line Rd,**
   **Coppell, TX 75019**
   **Loan # 3014184323**

d. *Office of the Comptroller of the Currency*
   **400 7th Street**
   **SW Washington, D.C. 20219**

e. **United States of America Treasury Department**
   **1500 Pennsylvania Avenue NW,**
   **Washington, DC 20220**

f. **United States Government Securities and Exchange Commission**
   **44 Montgomery St**
   **San Francisco, CA 94104**

g. **Federal Trade Commission - Seattle Wa**
   **915 2nd Ave Ste 2896**
   **Seattle, WA 98174**

h. **Consumer Finance Protection Bureau**
   **1700 G St. N.W.**
   **Washington, D.C. 20552**

   i.  **LSI Title Company;**
      **1400 Cherrington Pkwy**
      **Coraopolis, Pennsylvania 15108-4356**

   j.  **Trustee Corp.;**
      **17100 Gillette Ave.**
      **Irvine, CA 92614**

  k.  **RUSHMORE LOAN MANAGEMENT SERVICES, LLC.**
      **15480 Laguna Canyon Road**
      **Irvine, CA 92618**
      **Loan # 3014034841**

   l.  **Roosevelt Management Company**
      **1540 Broadway**
      **Suite 1500**
      **New York, NY 10036**
      **Loan # 3014034841**

**(A). Property, Note Deed, Reference and other Identifiers:**

   a.  **12326 MARAVILLA DRIVE , SALINAS, CA  Loan # 63019161**

   b.  **SE CORNER CARPENTER 2ND AVE, CARMEL CA  LOAN # 3014034841**

   c.  **2SE OF SECOND AND CARPENTER, CARMEL CA  LOAN # 3014034841**

   d.  **590 HAMILTON AVE, SEASIDE, CA  LOAN # 0667856959**

   e.  **28092 STRAWBERRY DRIVE, STRAWBERRY CA  LOAN #1002693640**

   f.  **4960 CLIFF DRIVE, CAPITOLA CA  LOAN #3018519003**

12. Each of the aforementioned defendants have participated in one fashion, form or another in causing damage, injury to the plaintiff's and have violated public policy respecting demanding payment for debts. All of the claims are proved by the accounting records comprehensive in nature and internal policies and forms maintained by the custodian of records for each of the aforementioned defendants.

13. The information, documentation, proof of the conduct of the defendants is also included in the records gathered by the Atty. Gen.'s for the several

different states accumulated during their investigation from 2012 the 2016. As well as the guilty pleas by the defendants, attesting to the accuracy of the information contained herein, of how they violated public policy, interstate commerce, and the power of the Congress to regulate the equal power/value for every dollar.

14. Having deliberately, willfully, knowingly, and intentionally ignored the administrative procedures act and other laws, failed to follow the administrative process, each of the defendants are in default as having failed to respond to the numerous requests made with respects their obligation to the contracts.

15. Each of these agencies/organizations/institutions are licensed to practice and/or perform business in the jurisdiction of the United States of America, and as such are bound by the common law and the rules of common law as defined in the Constitution of the United States of America and article 7 of that act.

16. Each of these agencies/organization/institutions are required to maintain at all times mortgage insurance in the course of business with respects to conventional loans. Each one of these agencies organizations and or institutions have committed constructive fraud against the plaintiffs, the public interests, and the United States of America; in that they have purportedly lent monies to the American people, to the public, and did so at interest, without having the constitutional authority and/or ability to do so.

17. It was decided in a suit at common law (please note that common law applies to the entire United States of America and not just a so-called district, and the jurisdiction is universal within the borders of the United States and internationally) "Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19 Fairview Beach, Scott County, Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8, 1964, which Plaintiff claimed was in default at the time foreclosure proceedings were started.

**Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookkeeping entry as the consideration for the**

**Note and Mortgage of** May 8, 1964 and alleged failure of the consideration for the Mortgage Deed and alleged that the Sheriffs sale passed no title to plaintiff.

18. We will put forth our position in our statement of claim, we highlight the aforementioned case was had at common law which is proved by the seventh article of the United States of America Constitution, of which, jurisdiction is to exist throughout the United States, that the case was not had in an administrative court building but in the store basement. By a judicial officer appointed by the Supreme Court of that state at common law, which makes that decision binding on this court, and in conjunction with the rules of common law.

19. We purport that the defendants in this matter, are engaged in the exact same practice as testified under oath by the financial expert witness, that Congress cannot delegate its authority nor can the treasury with respects to currency and/or monies of the United States to any private organization and/or institution, as there is no constitutional provision for doing so.

### III.    STATEMENT OF CLAIMS:

20. 'the (the defendants, collectively and severally) created the money and credit upon its own books by bookkeeping entry as the consideration for the Note and Mortgage', this is a culture in the United States amongst organizations, corporations and or agencies, with little or no concern for the impact that it has on the people. Note what the United States of America Congress in general assembly have to say on this matter:

*"Since March 9, 1933, the United States has been in a state of declared national emergency." "These proclamations give force to 470 provisions of federal law. These hundreds of statutes delegate to the President extraordinary powers exercised by Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together, confer enough authority to rule this country without reference to normal constitutional process."* **Senate Report 93-549,** July 24, 1973;

[Pursuant to S. Res. 9, 93d Cong.]

INTRODUCTION

A — A Brief Historical Sketch of the Origins

of Emergency Powers Now in Force

_ **A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency**.

21. The act of March 9, 1933 otherwise known as the emergency economic banking relief act (verified by Congress in 1933 as a declaration of bankruptcy, **"we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history, the U.S. government."** Congressional Record March 17, 1993. P.H1303) **Bankruptcy-** The state or condition of one who is a bankrupt; amenability to the bankrupt laws; the condition of one who has committed an act of bankruptcy, and is liable to be proceeded against by his creditors therefor, or of one whose circumstances are such that he is entitled, on his voluntary application, to take the benefit of the bankrupt laws. The term is used in a looser sense as synonymous with "insolvency,".

22. Since that period 'The Nation Has Been in a State of National Emergency" (see also **THE FEDERAL ECONOMIC EMERGENCY RELIEF ACT** of May 12, 1933). This ongoing **emergency** is a continuation of the banking holiday.

23. Because the actual intentions of Congress confirmed that we are in the midst of a **CONTINUING NATIONAL EMERGENCY BANKING HOLIDAY**, the government was due to provide consideration, what was the consideration provided by governmental entities?

    g.   Franklin D. Roosevelt

   8 - Proclamation 2039—Declaring Bank Holiday
   March 9, 1933

   Public Papers and Addresses of Franklin D. Roosevelt
   Franklin D. Roosevelt 1933

By the President of the United States of America

A Proclamation

Whereas there have been heavy and unwarranted withdrawals of gold and currency from our banking institutions for the purpose of hoarding; and

Whereas continuous and increasingly extensive speculative activity abroad in foreign exchange has resulted in severe drains on the Nation's stocks of gold; and

**Whereas those conditions have created a national emergency**; and

**Whereas it is in the best interests of all bank depositors that a period of respite be provided with a view to preventing** further hoarding of coin, bullion or currency or speculation in foreign exchange and permitting the application of appropriate measures to protect the interests of our people; and

Whereas it is provided in Section 5 (b) of the Act of October 6, 1917 (40 Stat. L. 411), as amended, "That the President may investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange and the export, hoarding, melting, or earmarkings of gold or silver coin or bullion or currency . . ."; and

Whereas it is provided in Section 16 of the said Act "That whoever shall willfully violate any of the provisions of this Act or of any license, rule, or regulation issued thereunder, and whoever shall willfully violate, neglect, or refuse to comply with any order of the President issued in compliance with the provisions of this Act, shall, upon conviction, be fined not more than $10,000, or, if a natural person, imprisoned for not more than ten years, or both . . .";

Now, Therefore I, Franklin D. Roosevelt, President of the United States of America, in view of such national emergency and by virtue of the authority vested in me by said Act and in order to prevent the export, hoarding, or earmarking of gold or silver coin or bullion or currency, do hereby proclaim, order, direct and declare that from Monday, the Sixth day of March, to Thursday, the Ninth day of March, Nineteen Hundred and Thirty-three, both dates inclusive, there shall be maintained and observed by all banking institutions and all branches thereof located in the United States of America, including the territories and insular possessions, **a bank holiday**, and that during said period all banking transactions shall be suspended. **During such holiday**, excepting as hereinafter provided, no such banking institution or branch shall pay out, export, earmark, or permit the withdrawal or transfer in any manner or by any device whatsoever, of any gold or silver coin or bullion or currency or take any other action which might facilitate the hoarding thereof; nor shall any such banking institution or branch pay out deposits, make loans or discounts, deal in foreign exchange, transfer credits from the United States to any place abroad, or transact any other banking business whatsoever.

**During such holiday**, the Secretary of the Treasury, with the approval of the President and under such regulations as he may prescribe, is authorized and empowered (a) to permit any or all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions, and (c) to authorize and direct the creation in such banking institutions of special trust accounts for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and shall be kept separately in cash or on deposit in Federal Reserve Banks or invested in **obligations of the United States**.

As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations,

partnerships, associations or persons, engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business.

FRANKLIN D. ROOSEVELT

**24.** This legendary "**BANKING HOLIDAY**", is still ongoing as a matter of fact Congress decided in 1976 with the passage of the national emergency act to not include the "EMERGENCY ECONOMIC RELIEF ACT of March 9, 1933" nor have the proclamation's 2038, 2039 and 2040 been rescinded and or declared void by the president.

**25.** Yet in this national emergency which has been deemed by Congress to be still **"EXTANT"** and this despite the fact that they said that their acts were unconstitutional in the first instance. Which makes the 470 provisions of so-called federal laws to be unconstitutional as they all stem from or have as their foundation and act that Congress itself says they did bring into force "*These hundreds of statutes delegate to the President extraordinary powers exercised by Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together, confer enough authority to rule this country without reference to normal constitutional process.*" **Senate Report 93-549**, July 24, 1973

Or when they made the following claim "[Pursuant to S. Res. 9, 93d Cong.]

INTRODUCTION

A — A Brief Historical Sketch of the Origins
of **Emergency Powers Now in Force**

_ **A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency**. "Senate Report 93-549: Emergency Powers Statutes: Provisions of Federal Law Now in Effect Delegating to the Executive Extraordinary Authority in Time of National Emergency; Report of the Special Committee on the Termination of the National Emergency"

26. We must assume and presume that Congress was with the scope of its constitutional delegated power when they made the following observation of their own actions **"For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency"**

27. There has never been and are within the Constitution been delegated any authority to any branch of government to abridge the rights of any American citizen or person within the confines and borders of the United States of America.

28. *'Delegate to the President extraordinary powers exercised by Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together,* **confer** *enough authority to rule this country without reference to normal constitutional process*

29. Impossible but there is on the public record, published in of the registry and despite this 'CONCLUSIONARY FACT', it has been said that the Constitution and the rights secured thereby have been suspended.

    a. Everyone has forgotten the principle that the Constitution did not confer a single right on a single individual, person, people, men, woman, child, animal, the Constitution only secured rights. Unalienable and unalienable, inalienable and alienable, rights cannot thereby be affected because there is no delegation of authority to suspend natural rights, Congress never has been delegated nor has the executive branch been delegated of authority to do so.

    b. It has been said that because the president and Congress got together and conferred on this matter that they created a two thirds majority within the so-called branches of government, however for that to be the case then Congress would indeed have to be representing the interests of the people, and in so representing their, 'the people', those were members of the national community interests, the people would have a voice.

    c. How can the people have a place when Congress has admitted to decapitating them, dismembering them, ripping out there tongue?

"freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws", once again no delegation of authority to do so, to act in such a capacity, and we object and we challenge these actions of the Congress which is led to the current state of affairs.

d.  By such acts Congress could not arbitrarily abridge the common-law, there is no provision of law which would permit Congress to suspend, eradicate, trample on that which the Constitution was based, and their delegation of authority is derived. The Constitution is a common law instrument which is why the rights to a common law process, procedure, rule his absolute.

30. Congress has made the claim that they have the authority to leverage the people of the country and all of their property as collateral as mortgaged- **"The ownership of all property is in the state;** individual so-called 'ownership' is only by virtue of the government…" **Senate Document No. 43, 73rd Congress, 1st Session**

31. This is a violation of **The Right to Property Clause**, and a violation of the third article of the Constitution, the fourth article of the Constitution the fifth article of the Constitution which secures to everyone the right to property and to not be subjected to the loss of that property without due process of law. Congress has admitted that they did not follow the law which means that they have done so without providing the people due process, and we challenge their actions as unconstitutional throughout.

32. "Under the new law the money is issued to the banks in return for government obligations, bills of exchange, drafts, notes, trade acceptances, and bankers acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. It will represent a mortgage on all the homes, and other property of all the people of the nation." **Congressional Record, March 9, 1933 on HR 1491 p. 83.**

33. The defendants who carry the title and/or capacity of financial institution's have participated in the violation of individual rights as well as the increase on the public debt, by actions which purport to be lawful when in fact are based on unlawful consideration.

34. As noted in the preceding case at common law (if the right to proceed at common law was recognized in 1966 it must still be recognized at the present day), the bank admitted that the monies they lend are not lawful currency under the coinage act, the legal tender act, that they have no value.

35. The United States government has taken the official position that even be legal tender known as Federal Reserve notes, receive no backing from anyone or anything- "Federal Reserve notes are not redeemable, and receive no backing by anything **This has been the case since 1933.** The **notes have no value** for themselves," this is taken from the official website of the United States financial expert, the United States Department of the Treasury whose job it is to print the money to be utilized by the public, and note how they say that since the government declared bankruptcy in 1933 there notes have had no value.

 *An official website of the United States Government*

## U.S. DEPARTMENT OF THE TREASURY

https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

36. As was mentioned there has been no remedy provided to us, the people, those who are part of the national community as was required by the delegation of authority through the representative government.

37. The United States treasury through the Bureau of printing and engraving issues legal tender in the form of Federal Reserve notes, which per their own regulation and statute or only to be utilized by the Federal Reserve board and the member banks of the Federal Reserve- GOLD RESERVE ACT 48 Stat. 337 (1934).

   a. GOLD RESERVE ACT 48 Stat. 337 (1934) was designed to do the following:

Following the Gold Content Rider of mid-1933, the government sought to stabilize the gold value of the dollar in an effort to raise prices. Congress, fulfilling a request from President franklin d. roosevelt, passed the Gold Reserve Act on January 30, 1934, under its monetary power and extended broad authority to establish a sound currency system. The act called in all gold and gold certificates in circulation, with specified exceptions, and granted the Treasury title to all monetary gold. The act also established an Exchange Stabilization Fund with which the secretary of the treasury was empowered to deal in gold in international markets to preserve a favorable balance of exchange and support the dollar. Congress also granted the President authority to regulate the gold content of the dollar. Further sections dealt with silver coinage and retroactively approved actions taken under authority of the emergency bank act.

On January 31, Roosevelt reduced the gold content of the dollar to just under sixty percent of its former value. By mid-year the absence of circulating gold necessitated a congressional joint resolution abrogating clauses in private contracts and government bonds that called for payment in gold; the Supreme Court sustained this action in the gold clause cases (1935).

> b. Yet the Supreme Court decisions never dealt with the issue of the March 9, 1933 act and its constitutionality, we hear bring forth this matter in the interest of justice, in the interest of the public, in the interest of the rights retained and reserved by the people, in the interest of consideration and value i.e. simple contract.

38. The people have a right to engage in commerce this is solidified by the fact that Congress may regulate commerce but it cannot interfere with the right to engage in commerce.

39. The United States of America Congress has taken away the right of the people to engage in commerce by enacting the emergency bankruptcy relief act of 1933, and doing so without the delegation of authority deemed necessary by the will of the people, for whom they are said to represent.

40. The defendants having knowledge of these financing and financial facts have perpetrated this constructive fraud against the people of the United States

of America which includes the plaintiffs who are part of the national community.

41. Aside from the fact that the defendants may not under law create currency and or lend their own credit, as Congress has deemed that it interferes with the congresses right to regulate the currency of the United States-see the act of June 5, 1933; they do so despite the prohibitions, which automatically voids any claim of value for the credit being lent.

42. With respects to the attached mortgages/notes the aforementioned lender's and their servicers and/or their trustees and/or their securitization agents have acted together in conspiracy to deprive the plaintiffs of the value of their investment.

IV. **What actually occurred as opposed to what is believed to have occurred-**

43. A party goes to a financing institution to apply for a loan, the financing institution or the lender tells the party, will refer to the party as Mr. Naïve, that in order to qualify for a loan they will need to run his consumer credit. Upon doing a verification of the consumer credit, Mr. Naïve is told that he qualifies for a loan of such and such amount, and that he may go and look for a property that has a market value for the amount of the loan to which he has been qualified.

44. Mr. Naïve finds a home in the amount of such and such, he then notifies the bank that he's located a home, the bank then issues the loan to Mr. Naïve, who then pays the previous owner the value, however, as we learned before there is no actual value, what is being lent is hypothecated value. And in the closing table the financial institution makes it mandatory that Mr. naïve waived his rights or he will not be able to finalize the deal.

45. However, because this is a national emergency and the financial institutions are operating based on the laws created as a result of the national emergency, and those laws must aid and assist the people during this

national emergency, it becomes a violation of law to make it mandatory that a party waived a right in order to receive a right.

46. By law the financial institutions and now we are referring to the defendants who operate as financial institutions, cannot make it mandatory that a party waived any right in order to receive what is theirs by right i.e. access to a federal sponsored and backed loan.

47. It is a violation of the right to contract, the principles of a simple contract to force a person to give up something of value without giving consideration for that value that is given up.

48. Demanding that a party waived their right in this case especially in a nonjudicial foreclosure state, to seek judicial review, without receiving something of value in return, and making such a waiver is mandatory is a violation of due process as expressed in the fifth article of the Constitution for the United States of America, i.e. is unconstitutional.

49. Yet that is exactly what the defendants did with respects to each of the attached mortgage/notes respecting this matter.

50. However, they went even a step further, they had the borrower pledge a property for which they had no ownership of at the time of the pledge. You see at the closing table the borrower had not yet taken possession of the property, there have been no power of attorney granting any other party to take possession of the property on behalf of the borrower. In fact the borrower is told that they cannot take possession of the property until after they the borrower has waived their rights

51. The question is, how can the borrower surrender over the right to their property to listed as being collateral for a loan, when the loan is not a result of the acquisition of the property but vice versa, the property is as a result of the acquisition of the loan?

52. Principles of law say that the above is impossible-

**nemo dat rule** noun. a legal **rule** that without the authority of the true owner, a person who does not own property, especially a thief, cannot give good title to that property to another. He cited the **nemo dat rule** in his brief to the court.

53. First the borrower could not pledge the property prior to obtaining the loan and taking possession of the property, it's an factual and contractual impossibility.

54. Second, the financial institutions demand that an individual surrender their rights in order to obtain the loan is a violation of federal law. For remember each of these loans come with a federal guarantee something that was requested by the banks when we did the banking reform acts, the bank said they wanted a federal guarantee. So if there is a federal guarantee on each of these loans that equates to a due process of law guarantee attached to the full faith and credit of the government authorizing the guarantee.

55. It was the same situation when the government decided to come up with affirmative action, later certain group said that the affirmative action was a violation of the equal protection of law clause and thus affirmative action was deemed unconstitutional.

56. On the fundamental principle that a right cannot be converted into a privilege, it is a violation of secured rights to demand that an individual waived their right in order to receive what stairs as a right.

57. The banking holiday and the subsequent acts that came about as a result of that economic emergency relief, came with the guarantee of due process.

58. In order for the banks to operate under the federal housing act, they must provide due process, and equal protection is what is to be expected under the law of expectancy.

59. Again we say that to demand that a person and/or a party surrender a secured right such as the right to property, and the right to a home, in order to secure a loan that has with it no consideration and essentially no value is unconstitutional and a violation of law.

**60.** But in another strange turn of events the defendants take the newly signed mortgage note and traded on the market after having the borrower waived their rights. The waiver of rights come with no consideration, the only value being that of obtaining something from the borrower by force, coercion, threats of not being able to acquire that to which they have a right, federally backed and secured loan and by connection, a home.

**61.** You see the borrower has a right to a Federally Backed and secured Loan in order to obtain a Home, because if the intentions and acts of congress are to be relied upon, of the following "

The Federal Emergency Relief Act of 1933 Approved, May 12, 1933

AN ACT

To provide for cooperation by the Federal Government with the several States and Territories and the District of Columbia in relieving the hardship and suffering caused by unemployment, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Congress hereby declares that the present economic depression has created a serious emergency, due to widespread unemployment and increasing inadequacy of State and local relief funds, resulting in the existing or threatened deprivation of a considerable number of families and individuals of the necessities of life, and making it imperative that the Federal Government cooperate more effectively with the several States and Territories and the District of Columbia in furnishing relief to their needy and distressed people.

........

Sec. 4. (a) Out of the funds of the Reconstruction Finance Corporation made available by this Act, the Administrator is authorized to make grants to the several States to aid in meeting the costs of furnishing relief and work relief and in relieving the hardship and suffering caused by unemployment in the form of money, service, materials, and/or commodities to provide the necessities of life to persons in need as a result of the present emergency, and/or to their dependents, whether resident, transient, or homeless.

(b) Of the amounts made available by this Act not to exceed $250,000,000 shall be granted to the several States applying therefor, in the following manner: Each State shall be entitled to receive grants equal to one third of the amount expended by such State, including the civil subdivisions thereof, out of public moneys from all sources for the purposes set forth in subsection (a) of this section; and such grants shall be made quarterly, beginning with the second quarter in the calendar year 1933, and shall be made during any quarter upon the basis of such expenditures certified by the States to have been made during the preceding quarter.

   The Reconstruction Finance Corporation, is now part of FEMA yet the government through the banks had promised during this emergency to provide homes for the homeless, the necessities of life, money, services, materials. This was never supposed to be welfare, and a home is not that which is owned by another this was the so-called American dream act, and the monies provided were supposed to be lawful money not valueless Federal Reserve notes. They have failed in their duty of care and near governmental obligations.

**62.** The necessities of life are to be taken care of as a result of their being minors but once they have attained the age of majority, they were supposed to have received full access to their accounts so as to manage

their own affairs, and the government has been preventing access to this without justification, without law, without delegation of authority.

63. In attaining the age of majority, we have disaffirmed any and all rights associated with minor-hood and we have disaffirmed any and all contracts associated with minor-hood, only to be denied access to the funds held in our minor accounts.

64. Then after the fact, the borrowers told by the lenders that there is a balance due, that there is still a debt owed, when the debt that is alleged to be owed is a "government obligations", and obligation whereby the government credits the account of the lender; who by obligation is required to notify the borrower of such credits, and surrender the original deed along with the original note to the property to the borrower-see the federal housing act of 1934.

65. The lender doesn't disclose this information to the borrower, however, because the federal government requires all corporations to file **COMPREHENSIVE ANNUAL FINANCIAL REPORTS,** i.e. tax records, this information is documented within those reports coupled with the references, notes, ledgers and term definitions, providing proof that these particular investments by the bank have been reimbursed to the bank by way of treasury securities and/or credits.

66. Then there's the issue of the tax write off that these financial institutions receive when they charge off an account, the defendants separately and collectively receive charge-offs on the accounts that they maintain on their records. The accounts for which they receive these charge-offs which amount to a value are not credited to the account of the alleged debtor in violation of the rights of the debtor, and contract law. We do hereby demand access to that information from the aforementioned defendants as a matter of right to compulsory examination of such witnesses/evidence/records.

67. The Supreme Court of the United States of America has documented that at the very minimum due process requires that a party be notified,

accompanying this presentment is proof that the defendants were notified on several occasions as to the conflict, the dispute, the controversy regarding this matter and the associated issues. We notified the defendants (separately, collectively and severally all-inclusive) of their having no claim against the associated notes which are a matter of the record of this matter, and the defendants have each of them defaulted, failed to respond, violating their own procedures, their own policies, and the law.

    a. For instance as noted above the United States is saying that 'they (the government through the state**) owns all property, any individual so-called ownership was only by virtue of government**, we challenge and rebut such a presumption, for if the United States truly did own all property in the United States, this would make the claims by the banks/financing institutions invalid. That means that each one of the claims is being brought against the wrong party, when the United States in this instance would be the real party of interest; which is a violation of the 11th article of the Constitution respecting immunity of sovereign entities!

**68.** When the defendants elected to trade these notes on the open market and receive benefit, compensation, and/or value, they were required by the law of simple contract to return value and/or consideration for that which they received.

**69.** At law the borrower is **The Trust Interest Holder** (TIH), in conjunction with any other parties who may benefit from the trading of these properties on the financial markets. The borrower is owed interest that has accumulated as a result of this trade as per the securities act of 1934, the trust indenture act, the servicing and pulling agreement, and the federal housing act.

**70.** The actions of the defendants is a practice, this practice equates to unjust enrichment, and for failure to give consideration invalidate any claims that they may or may not have in the first instance.

Resume: EeoN

a. Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that the Defendant was estopped from doing so. - At 12:15 on December 7, 1968 the Jury returned a unanimous verdict at common law, for the Defendant.

Now therefore, by virtue of the authority vested in pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of United States and the Constitution and the laws of the State of Minnesota not inconsistent therewith ;- the credit River decision In the Case of First National Bank of Montgomery Vs. Daily.

As was mentioned this matter was had at common law, pursuant to the Declaration of Independence, the Northwest ordinance of 1787, the Constitution of the United States and the Constitution and the laws of the state not inconsistent there with, and it is under equal protection of law that we present this our common law complaint with our common law claims, under common law rules.

*71.* The nominee, the middleman, and the securitization trustee are responsible for distributing and dispersing the funds associated with the interest to all of the trust interest holders (TIH's), who at times ambiguously distribute information pertaining to this within the body of several nonrelated documents, mailings, advertisements, and other distracting materials. This is an intentional practice, yet once the borrower demands access to what is held in trust i.e. their funds, their interest they receive no proper response. This is a breach of duty of care on the part of

the "Nominee", the "Middleman", or the "Securitization Trustee", a violation of common law principles and the rules of common law.

72. As mentioned each of the aforementioned mortgages/notes in law fall under the nonjudicial foreclosure act, an administrative procedure act. Once a party responds to the claim of notice of default by general principle they are allowed to challenge such default.

    **a.** If a notice of default involves a failure of a party to pay an amount that is claimed payable and due, the party making the claim that an amount is payable and due is as a custodian of record required to produce the record validating or documenting such a claim.

    **b.** This would include a full and complete accounting of such documentation, yet when asked of the defendants to provide such proof a comprehensive format of each and every transaction, that they are required to document, record, and maintain the records for they refuse, failed to provide i.e. invalidating their claim.

    **c.** Any claim of default for failure to pay an amount that is due, requires that the party making the claim has the burden of proving that the amount of the claim alleged payable and due.

        i.    Just producing the contract (a copy of the contract is not a contract, a contract must be in its original form in order for it to be valid containing an original signature under the common law practice of a simple contract), does not suffice as a proof of claim, only prima fast the evidence. Once demand is made for the production of the original document to validate the claim, the principles of due process and equal protection of law dictate that such proof of claim must be made to appear.

    **d.** If a party responds to the claim of default by the party who claims that they have been damaged and/or injured by said default, the

burden of proof shifts to them to prove their claim i.e. to prove that the default is valid.

e. However, we must remember that all property in the United States is owned by the government through the state, and that this property that is said to be owned by the government is "**Government Obligations**, As Defined in the Act of Congress Documenting Such Ownership. Which Means According to the Statute That As Long As the True Owner of the Property Is the United States, and the **Fact** That the United States Has the Agreement with the Financial Institutions, It Is Their (the Government through the State) Obligation and Not That of the Borrower.

f. Under the March 9, 1933 act and subsequent acts the United States of America Treasurer is responsible for receiving all obligations of the United States, and that the financial institutions already have a mechanism in place that serves as a remedy for redeeming government obligations.

V. **Tender of Payment Offer Presented in Several Forms**:

73. The law requires that payment be tendered with respects a debt obligation, we tendered payment to the defendants and the government organization for these "government obligations" as defined in law.

74. Despite the tendering of payment the account has not been adjusted as required by law, in violation of law, in violation of rights.

75. Pledging and paying the security "**to the order of the United States of America without recourse**", is a standard practice, and it is required when dealing with obligations of the United States.

VI. **CHALLENGES**:

76. For the if Congress has admitted in the record clearly documents that they have that they acted without delegation of authority, extending and

conferring there power to the executive branch or any other branch of government; stripping away rights retained and reserved to the people, and that makes their actions unconstitutional and all of the acts, federal laws, and subsequent statutes unconstitutional and void of effect. We hereby challenge those acts from their inception to the current day as such.

77. The March 9, 1933 Act Otherwise Known As the **EMERGENCY BANKING ECONOMIC RELIEF ACT**, this act was enacted by Congress stating that there was a financial emergency. Initially the financial emergency or banking holiday proposed by the president at the time (see: Presidential Proclamation's 2038, 2039, and 2040), was only to last four days, however, as we have discovered from Congress that emergency was suspended normal banking activities is still ongoing with no end in sight for the foreseeable future.

78. This is a violation of the constitutional rights of the people with respects their remedy to earn a living, support themselves, to obtain housing, to obtain the necessities of life, and to pursue happiness, all violations of the constitution.

   a. Constitution provisions and powers to regulate currency was the extent of congressional power. There is no provision in the Constitution which permits Congress to delegate its authority to regulate the currency to any organization including private organizations such as the defendants, the Federal Reserve, and the federal reserve banks.

   b. This is precisely and exactly what has happened, the financial institutions and the banks to include the Federal Reserve Bank has invented this unconstitutional policy, this practice of creating book keeping entries which they equate to as money. They are creating money by way of bookkeeping entries in violation of the Constitution and the delegation of authority specified in the Constitution making this practice unconstitutional and illegal. They have never had the jurisdiction for engaging in such a practice.

Resume: EeoN

c.  We challenge this act and the practices that have come about as a
    result of this act as unconstitutional. We say that Congress has at
    no time been given the authority to delegate their power and or
    conferred their authority to any other branch of government or
    any private corporation.

79. The **FEDERAL EMERGENCY ECONOMIC RELIEF ACT**,
    otherwise known as the May 12, 1933 Act a sister act for the emergency
    banking economic relief act of March 9, 1933.

    a.  This act permitted for the government providing for the
        necessities for all of the people who were affected by the
        emergency.

    b.  As noted above this policy and/or law and/or federal act only
        provided for limited amounts, despite the fact that the emergency
        was only said to be temporary and not to last for now 85 years.

    c.  Government in being given the ability of regulating the people
        and the laws of the nation must provide a remedy for the people
        when they affect their rights, and/or their properties, that is not
        the case at present.

    d.  The government did not provide for and or take into
        consideration inflation in the cost-of-living. As noted since the
        government declared itself to be insolvent, they did this to
        protect the interest of the nation. In so doing the government
        must follow through on that responsibility, to protect the
        interests of the nation.

    e.  The people of the nation make up the common community which
        are under the protection of government. The people have
        received little in the way of protection when it comes to the
        necessities of life, and money.

f.  This federal act says that the government is to provide money for the people-

the Administrator is authorized **to make grants** to the several States **to aid in meeting the costs of furnishing relief** and work relief and in relieving the hardship and suffering caused by unemployment **in the form of money**"

g.  Yet the government does not provide money to the people, remember they themselves have documented the fact that legal tender in the form of Federal Reserve notes have no value, which means that it provides no relief.

h.  The government does not provide any other form of currency to the people to utilize in order for them to care for their necessities. and in relieving the hardship and suffering caused by unemployment in the form of money, service, materials, and/or commodities to provide the necessities of life to persons in need as a result of the present emergency, and/or to their dependents, whether resident, transient, or homeless.

i.  The administrators who purportedly represent the government has failed to provide relief and/or remedy to the people, they have stated what the remedy would be, but it failed to provide the remedy, and thus for failing to do so we challenge their failure and the act itself for its lack of effectiveness as unconstitutional.

**80.** Mortgage Insurance

*a.*  Each mortgage and/or conventional loan must be supported by or company with mortgage insurance in order to receive the government guarantee as specified in law.

*b.*  Each of the loan numbers and mortgages associated with this particular presentment had mortgage insurance.

c. The mortgage insurance is in effect a provision "to protect the lender should the borrower default", once the beneficiary or the lender notifies the borrower that they are in default, whether a judicial or nonjudicial state, they are by obligation of the agreement and federal provisions of law to apply for the insurance which is there to protect the lender should the borrower default.

d. The lender is under obligation to apply for this insurance to protect the interests of the borrower, which is why the borrower were not the lender pays the premium. All contracts carry with them value and consideration (see: simple contract), because the borrower maintains the mortgage insurance premium, their benefit is that the insurance satisfies the balance claimed by the lender/beneficiary.

e. In each of the aforementioned instances the lender/beneficiaries have violated the agreement, and the intentions of the grantor and have elected to seek foreclosure prior to seeking claim on the insurance securing the contract.

f. A mortgage is supported by a note, a deed of trust is supported by insurance, a deed of trust is a security instrument which by law must be insured. Federal law requires every government guarantee note/loan or sponsored agreement to have insurance as it carries the full faith and credit of the United States government as a result of that federal guarantee.

g. Because each Housing and Urban Development- HUD-associated loan and/or mortgage carries a government guarantee in one fashion or the other, making it a government obligation which is dischargeable through the United States treasury as prescribed in law.

h. The financial institutions, the lenders, the beneficiaries are applying for the mortgage insurance after the foreclosure, and because they

choose to apply for this insurance after the foreclosure and not prior to the foreclosure they are in violation of the agreement.

    *i.* Mortgage insurance is in place "to protect the lender should the borrower default", once the lender notifies the borrower that they are in default, the lender itself has notice, which starts the statue limitations for the lender to apply for the "default" insurance.

81. The lender makes an executive decision to delay applying for the insurance, and once they do receive compensation on any level respecting the insurance and the application thereto and or thereof, they are obligated to credit the borrower's account equal to the amount of credits and/or compensation they receive respecting that account even if done years later.

82. The record keeping is for the account and not the borrower, and because this is an issue about an account any credits received as a result of a charge off, a right off, or any payments associated with the account must be adjusted per the rules of accounting.

83. We challenge the practice of failing to make such adjustments and the courts lack of diligence and redressing and not requiring these financial institutions who claim that a debt is owed, to prove their claim. To provide financial records documenting the comprehensive accounting which they as custodians of record must keep.

84. We also challenge the fact that the courts engage in "commercial business" activities and by doing so abandon any claim to sovereign capacity, and lacked the jurisdiction, the standing, and the capacity to hear matters of the judicial nature, i.e. depriving people of the right to redress, their right to remedy- making such practice unconstitutional.

85. Presumption of Law which violates the principles of law and the principles of due process and equal protection. Presumption of law is not based on any solid or sound principle of law, it is a manipulation and exaggeration of the Maxim "An Unrebutted Affidavit Stands As True", presumptions have no place in law, and is unconstitutional in that the provisions of the

presumption is not supported by fact, but on practice that has been put into effect without any legal foundation.

86. The use of presumption in law in suits is unconstitutional because the jury is impaneled not to hear theories but to hear facts, to hear law and come to a conclusion and or determination based on the facts and or law presented to them during a trial for which they have been duly impaneled.

87. Presumption the law presumes that a jury does not have the right to be reminded of their duty respecting jury nullification, however, the very same presumption says that a jury can be reminded of their duty, their oath, their obligation by a judge or a quote unquote prosecutor. This is a violation of the equal protection of law act/clause.

88. If the jury gets to be reminded of their duty, they can be reminded of the fact that no one may be tried or convicted in the United States of America of any crime unless they have received due process of law. This due process was never to be proportional, because failure of the process on the part of government is a denial of the government to the people of their right to be protected by government, even if an accused.

89. Government is in place to aid in redressing the issues of each party the accused and the accuser, the government cannot aid wrongdoer which equates to the fact that the government and/or its representatives and/or its purported representatives cannot aid in wrongdoing. To deny a party the right to due process be it the jury, be it the accused, be it the accuser amounts to a failure of government and a violation of their duty of care and the Constitution for which they have pledged a duty to uphold in all of its aspects.

90. We also hereby bring forth our challenge against the government and its agencies charging fees on top of the fees collected as a result of taxes.

a. For instance government agencies charge fees for individuals accessing a service provided by the government and/or its agencies and/or its organizations. This fee is included in the annual budget for that particular agency, organization, department, entity.

b. It is a violation of the fundamental principle of double jeopardy to be charged the same fee twice for the same services being offered by the government. This affects the public interests, affects public policy, and when it is involving government it has in the direct effect on the administration of the services provided by government.

c. Government is put in place to represent the interest of the people, the people of whom the presenters are members of that national community, cannot suffer harm as a result of the government carrying out its duties and responsibilities.

d. This is a violation of the Declaration of Independence, a violation of the Northwest Ordinance, of due process, of equal protection of law, and of basic fundamental principles of decency.

e. In fact, it is a violation of law for these government agencies to charge an additional fee without specifying specifically what that additional charge is for.

f. It is also a violation of law for these governmental agencies to be exempt from fees when they are registered as private corporations. Corporations asked for equal right and the Supreme Court has recognized the rights of corporations to have constitutional rights. With that being the case corporations engaged in commercial business activities, corporations that are privately held and privately owned as well as privately traded cannot represent government, as in the United States of America the United States government cannot be privately owned, cannot be private.

g. The fees charged by these agencies in addition to the taxes received for the services rendered, amounts to double taxation which is a violation of the principles set out in the foundational blueprint for the Constitution of the United States of America:

i. "**Art. 4.** The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same **common rule** and measure by which apportionments thereof shall be made on the other States; and **the taxes for paying their proportion** shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the time agreed upon by the United States in Congress assembled. The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the *bona fide* purchasers. No tax shall be imposed on lands the property of the United States; and, in no case, shall nonresident proprietors be taxed higher than residents. The navigable waters leading into the Mississippi and St. Lawrence, and the carrying places between the same, shall be **common highways and forever free**, as well to the inhabitants of the said territory as to the citizens of the United States, and those of any other States that may be admitted into the confederacy, without any tax, impost, or duty therefor."

h. As can be seen the imposition of taxes cannot be arbitrary, and the assessing a fee for that which is already compensated for or accounted for through taxation amounts to double taxation, which makes it unconstitutional by principal and by law.

i. Then there's the issue of the county recorder refusing to file on the record documents carrying the full faith and seal of the United States government.

j. By law no County recording facility whether court, registrar or repository may refuse to record, file, document official records carrying the full faith and credit and/or seal of the government.

k. Accompanying this petition is proof that the counties in in California through the Secretary of State's office has refused to file documents carrying the official seal of government in violation of their own policies, we seek declaratory judgment and we introduce within the body of this framework of this petition are writ of common law mandamus, to rectify the matter.

## VII.   STATEMENT OF FACTS:

91. **The financial institutions noted above and conjunction with the agencies said to be government have conspired together to deny and deprive the petitioners and other American citizens of their due process rights.**

92. **The right to property is absolute, the right to contract his absolute, the fact that these financial institutions/lenders/banks /government agencies require individuals to waive their rights in order receive access to a government service, provision, guarantee is a violation of the duties of government within the borders of the United States of America.**

93. That each of the financial institutions were notified via certified process server, and have effectively chosen not to respond, which equates to default by acquiescence.

94. There was a process created, an administrative process known as "Nonjudicial Foreclosure Act", this act was to provide remedy to all parties. It permitted agencies and/or organizations and/or financial

institutions and/or banks to notify a party, and once that party was notified if they failed to respond they could proceed to obtain a judgment based upon the failure to respond and or the default.

95. That process also provides that once a party does respond that there is an obligation on the part of the agencies and/or organizations and/or financial institutions and/or banks to either communicate back with the entity, individual, borrower, representative for the borrower and/or proceed through a venue that has proper jurisdiction.

96. In each of the instances regarding each of the notes, loans, mortgages associated with the aforementioned properties, the defendants have failed to communicate once they have received a response, have defaulted via acquiescence, and have been completely supported by the judicial system.

97. This is because the judicial system have judicial officers and or agents who are invested in the portfolios of the financial institutions/banks/companies.

98. This creates a conflict of interest, but yet these judicial agents would say that they are not directly invested in the portfolio of a particular financial institution, which means no conflict. However, this is contrary to the facts, because the court is invested in the portfolios of these commercial entities, these courts have a portfolio that is associated with these commercial entities. Which is why they, these courts and 97.6% of the cases rule in favor of agencies and/or organizations and/or financial institutions and/or banks.

## VIII.  **JURY TRIAL DEMAND:**

99. The right to a trial by jury is forever preserved under the seventh article of the United States of America Constitution, which is prescribed for suits at common law. If the right to a trial by jury is preserved by suits at common law than the right to a common Law trial is preserved by operation of the same preservation of rights.

100.   If we review the seventh article of the United States of America Constitution we see that there is no provision within that article for suspending and/or removing any portions thereof, it is a secured right as defined by the United States of America Constitution.

101.   This is one of the rights said to be reserved and retained by the people i.e. the common community and members thereof.

102.   The right to a jury trial under the seventh article of the Constitution is a right to a common law jury and not a jury impaneled under statutory provisions.

   a.  Please note that not a single statute will be utilized throughout these presentments, as statute and common law cannot be intertwined.

103.   The jury has the right to make a determination based on the facts of a matter that is presented before them, we seek to have a common law jury make a determination on these common law issues.

IX.   **Rights secured by the Constitution of the United States of America:**

104.   **As has been mentioned the Constitution for the United States of America was founded on the "Northwest Ordinance", an act that could not be nullified as the courts are required to go by the intentions of the Congress, and not opinions of the day.**

   a.  **It is clear that the Constitution followed the "Northwest Ordinance" mandate that it be uniform with the aforementioned ordinance.**

   b.  **There is no provision in the Constitution for its suspension, despite the fact that there is an inference that habeas corpus could somehow be suspended, there is no provision for suspending the freedom of speech, the freedom of religion, the freedom of press, the freedom to peacefully**

assemble, and or the freedom to petition the government for redress of grievance. Why?

c. Because Congress was explicitly prohibited from making a law doing so, "Congress shall make no law abridging the rights of the people".

105. The people's rights or retained and reserved, the Constitution suspension or not did not take away the rights of the people, as no one can convert a right to a privilege. Congress had no authority to take away a right, the Constitution did not grant a right, it only secured those rights which were fundamental to all man.

106. The Constitution secures and all people the right to be secure in their properties, by permitting and or allowing financial institutions to seize property, when the government purportedly seized property making all property in the United States wholly owned by the government, this was an unconstitutional act for which no delegation of authority could ever have been derived.

107. The seizing of individuals and or their property without their knowing, deliberate, willing, and intentional consent amounts to servitude a violation of the 13th amendment secured right against such slavery, and we bring forth our claim that the defendants have practiced slavery for which we have not consented and do not wish to participate!

108. As mentioned previously we mentioned now that the requiring of a party to submit to the jurisdiction of any venue is a violation of the 13th amendment prohibition against such a demand. We object forcefully.

109. The Constitution was not put in place to establish a right, it was only put in place to secure those rights that were pre-existing, which is why the Northwest ordinance can never be repealed because it only highlighted those rights that were pre-existing.

x.     **Remedies sought, damage amount: $18,457,957.21** x et al

110.    **As is true the government through its agents has taken away the ability of the people to discharge their debts. Have failed to provide a remedy for providing for the necessities of life. Have issued script that has no value, despite there being a remedy to provide lawful money.**

111.    **The financial institutions to a process known as bookkeeping entry credit creation :**
**'Created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank another private Bank, further that there is and was no United States Law that gave the Plaintiff the authority to do this.**

112.    **The only excuse the bank have is that:**
**'Plaintiff further claimed that Defendant by using the ledger book created credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that the Defendant was estopped from doing so.'**

113.    **Since all the bank loaned was its credit, we can only return that of equal value our credit which we did so in the form of a bill of exchange, and an original endorsement of the original promissory note.**

a.    **Acquiring the land patent for the properties soon thereafter, only to be denied the right of placing such notification on the public record, in violation of due process and equal protection of law:**

**Real Estate Patent and Land Grant number 5056 Listed as such description: township 16 South range 1 West of the Mount Diablo Meridian, California; shown up to date as (0) & (2) SE SECOND & CARPENTER, Carmel by the Sea, California 93921; THE EAST HALF OF LOTS 2 & 4 IN BLOCK 21, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "CARMEL CITY",**

**FILED FOR RECORD MAY 1, 1988 IN VOLUME 1 OF CITIES AND TOWNS, AT PAGE 52, RECORDS OF MONTEREY COUNTY, CALIFORNIA; APN: 010-015-023-000 and it is to perfect a paramount allodial title in fee simple in my name and in the name of my ESTATE. "...The Treaty of Guadalupe Hidalgo in 1848. Petitioner's predecessors-in-interest had their interest confirmed in federal patent proceedings pursuant to an 1851 Act that had been enacted to implement the treaty, and that provided that the validity of claims to California lands would be decided according to Mexican law. Summa Corp. v California, 466 US 198. To include any and all fixtures, attachments, easements, metals, minerals, liquids, appliances, structures, occupies space above and below said lands, automobiles, landscapes, services, airspace, trails, passageways, electrical wiring, plumbing, wood in any and all forms, man-made and/or natural elements or any combination thereof, interest, assets, titles, certificates, recordings, parcels, units, lots and/or divisions associated thereto etc. al, the security interest and any and all equitable interest shall exist and remain in force perpetually, securing title in Fee Simple/Allodial. Any and all debts associated with the property are hereby accepted on behalf of the United States of America and discharged as a result of the banking holiday and the national emergency bankruptcy emergency economic relief act of March 9, 1933 which is still extant**

**Real Estate Patent and Land Grant number 276 Listed as such description: township 16 South range 2 East of the Mount Diablo Meridian, California; La Laguna Seca (Munras) PLC 11-24-1865, shown up to date as 12326 Maravilla Drive, Salinas, Ca 93908; LOT 26, AS SHOWN ON THE MAP ENTITLED, "TRACT NO. 914, LAURELES ESTATES", FILED FOR RECORD ON JANUARY 15, 1981 IN VOLUME 14 OF CITIES AND TOWNS, AT PAGE 49, MONTEREY COUNTY RECORDS; APN: 173-111-026-000: and it is to perfect a paramount allodial title in fee simple in my name and in the name of my ESTATE. "...The Treaty of Guadalupe Hidalgo in 1848. Petitioner's predecessors-in-interest had their interest confirmed in federal patent proceedings pursuant to an 1851 Act that had been enacted to**

implement the treaty, and that provided that the validity of claims to California lands would be decided according to Mexican law. Summa Corp. v California, 466 US 198. To include any and all fixtures, attachments, easements, metals, minerals, liquids, appliances, structures, occupies space above and below said lands, automobiles, landscapes, services, airspace, trails, passageways, electrical wiring, plumbing, wood in any and all forms, man-made and/or natural elements or any combination thereof, interest, assets, titles, certificates, recordings, parcels, units, lots and/or divisions associated thereto etc. al, the security interest and any and all equitable interest shall exist and remain in force perpetually, securing title in Fee Simple/Allodial. any and all debts associated with the property are hereby accepted on behalf of the United States of America and discharged as a result of the banking holiday and the national emergency bankruptcy emergency economic relief act of March 9, 1933 which is still extant.

114.    By tendering payment in the fashion aforementioned the obligation was fulfilled, and the financial institutions as well as the Department of Agriculture and the Department of the Treasury could not refuse such tender, as they were "GOVERNMENT OBLIGATIONS" of the United States.

115.    We're back to the question and the issue of whether or not in applying for a loan one can be told that if they do not waive their rights they cannot get the loan that is federally sanctioned?

116.    The Supreme Court of the United States of America otherwise known as the constitutional "One Supreme Court" has decided that the Northwest ordinance act of 1787 was a constitutional act, and is still in force.

117.    The Northwest ordinance act is cognizable by every jurisdiction in the United States of America, in fact it also recognizes the "common-law right" to "a common Law trial" under "common law jurisdiction".

"**There shall also be appointed a court to consist of three judges, any two of whom to form a court, who shall have a common law jurisdiction**"

*118.*    **Every state in the union is bound by this particular act:**

a. **In one breath the Supreme Court said that the Northwest ordinance had no bearing, had ceased to exist:**
**"the Act of Congress of August 7, 1789, which adopted and continued the Ordinance of 1787 and carried its provisions into execution, with some modifications, which were necessary to adapt its form of government to the new Constitution. And in the states since formed in the territory, these provisions, so far as they have been preserved, own their validity and authority to the Constitution of the United States and the constitutions and laws of the respective states, and not to the authority of the Ordinance of the old Confederation."**

b. **There is one huge conflict the Northwest ordinance act was relied upon in the formation of the Constitution, the reliance on the act was in compliance with the requirements of the Northwest ordinance act:**

**"And, whenever any of the said States shall have sixty thousand free inhabitants therein, such State shall be admitted, by its delegates, into the Congress of the United States, on an equal footing with the original States in all respects whatever, and shall be at liberty to form a permanent constitution and State government:** *Provided, the constitution and government so to be formed, shall be republican, and in conformity to the principles contained in these articles; and, so far as it can be consistent with the general interest of the confederacy*"

c. **Without such compliance to the Northwest ordinance the Constitution for the United States of America could not**

have been brought into force. Remember the Northwest ordinance was enacted by Congress under their sovereign authority:

"Done by the United States, in Congress assembled, the 13th day of July, in the year of our Lord 1787, and of their soveriegnty and independence the twelfth."

d. It is for the very reason that Congress enacted the Northwest ordinance under its sovereign authority that the Supreme Court could not declare the act to no longer be enforceable without an actual act of Congress. For only Congress under the Constitution for which the Supreme Court said was supposed to have notified the act, could make or repeal a law- see the first article of the United States of America Constitution.

e. There is no law whereby the intentions of Congress was ever placed on record to repeal the Northwest ordinance act, which was perpetual and binding on all states added to the union. That includes the state of Arizona, the state of Colorado, the state of Nevada, ad this great state of California. All of their constitutions conform to the requirements of the Northwest ordinance, which means that it and the principles by which it was created were indeed perpetual.

f. No provision is made and or alluded to where habeas corpus can ever be suspended, you cannot convert a right to a privilege.

g. As mentioned this was a common law instrument, brought forth under common law and the principles of common law, and that is what is still binding because the United States of America Constitution which was created as a result of that blueprint, acknowledges common law.

*119.* **That these policies that have been the policies of these financial institutions since at least 1963 affect the ability of –**

"The power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts." **THE ACT OF JUNE 5, 1933**

*120.* **We seek a declaration by a common-law jury in the same manner as the declaration was issued and the aforementioned common law case, that the bank by issuing their own credit and or bookkeeping entry create no value, give no consideration and are only do that which they gave in the first instance, credit created on the book entry accounts of the borrower.**

*121.* **We further seek $18,457,957.21 in letters of credit from each of the defendants who have the capacity for issuing such letters of credit.**

*122.* **To be noted that each of these aforementioned financial institutions have joined together and have pled guilty to violating law with respects to the borrower lender relationships associated with the accounts and the records they act as custodians of. We say that that is happened in this instance with respects to the plaintiffs accounts, and that each of the properties had mortgage foreclosure protection insurance against default.**

*123.* **These financial institutions have secured the funds for the default, failed to credit the borrower's account as required by law, resulting in unjust enrichment and damage to the Borrower and the National debt damaging the nation and the Public. We seek a judgment for the return of these funds to the borrower's account, payable to the borrower, a penalty for this constructive insurance fraud, and repayment to the insurance company who have also been made a victim by the actions of the defendants who purport to be financial institutions/lenders.**

*XI.*    **Conclusion:**

*124.*    **Reminder to all parties that a lawsuit under common law is written so that the common person understands the logic and the sequence of events so as to make an informed determination as to the claims of the parties involved in that particular common law suit.**

*125.*    **A common Law jury is at no time required to strictly construed any presentment by either party, as there only required by the rules of common law to be reasonable in their evaluation and hearing of the matter.**

*126.*    **As mentioned since Congress instituted the suspension of government through the emergency economic relief act of March 9, 1933 without constitutional authority, and in violation of the Constitution's delegation and separation of powers clauses, the right to petition the government for redress through the United States of America constitutional article seven is secured.**

*127.*    **As has been determined, as has been proved, as has been stated as fact, that the alleged loans issued by the financial institutions in America are not monies as defined in statute. What is issued by the financial institutions is not coined and/or minted as required by the Constitution to be done through the United States Treasury Department, through the Bureau of printing and engraving, which makes this an unconstitutional practice. We bring forth our challenge against this practice as unconstitutional and the acts that permitted these practices as unconstitutional.**

*128.*    **As has been mentioned and as will continue to be reiterated, we have a right to a common-law process before a common-law court, before a common-law jury, under common law rules, to access common-law justice.**

129. **We have the very fact that the United States of America Constitution recognizes the article 3 court as the third branch of government known as the judicial branch. We have a right to petition that branch under common law for common-law remedy, we choose now to exercise that right.**

130. **We have the right to be before a common-law jury based on common law rules, we choose now to exercise that right.**

131. **We hereby opt out of any and all associated contracts for any type of administrative proceedings under executive and or legislative branches of government. Our petitions and are presentments are specific to the judicial branch of government and no other.**

132. **We are free person's, part of the national community otherwise known as the people, and we exercise our right that is secured by the Constitution. We do not derive a single right from the Constitution, as our rights are possessions/property, they belong to us.**

133. **Common-law lawsuits is cognizable in law as well as at law and it is our intent to exercise our right to due process and equal protection of common law We reserve the right to introduce any related reference matter and/or materials into this matter that has previously been referenced in the aforesaid.**

"Gaining control of the securities held in the minors account I Eeon, hereby announce and declare my having attained the age of majority at my 18th birthday which happened to have been December 16, 1985. I disavow and disaffirm any and all contracts made during infancy as I deny infancy and elect to control my own affairs solidifying the fact that I am competent and completely capable of handling my own affairs. I do hereby discharge all reversionary interests to and for the accounts of the United States of America without recourse, and state that I am a free born natural American citizen, neither an enemy or an unlawful combatant of the United States. I am not a United States citizen as defined in statute, I am without the United States, a free person as defined by the Constitution. Having attained the age of majority it is at my election and my choice to opt out of all contracts entered into during infancy, and i.e. elect to gain control of all properties, assets, values, interests, consideration,

land, estates, automobiles, homes, etc. al associated with the infant estate. I hereby declare this my election and present this notice before this body as official administrative notice of the memorialization of the birth certificate on file associated with entitlement order 122 THB TD 45018XMD0KP47 and power of attorney collateralization affidavit and agreement number 779123RTSD88713426, which is a binding agreement self-executing and documenting the above facts. This coupled with the 8832, 2848, W8BEN, and 8821 Internal Revenue Service forms that have been sent to the director further documenting the aforementioned facts. I attest to these facts and attest to this information as being accurate, being my will, certifying the fact that I am competent and completely capable of handling my own affairs. And so it is entered on this May 5, 2018 so help me God"

**The aforementioned information is true as well is accurate, presented on this 5th day of May 2018 as such so help us God.**

**s/: Eeon**
**A Free Born Man**

▶ Resume: EeoN

# **Acknowledgment and Jurat**

State of California
County of _____)

On _____ before me, _____

(insert name and title of the officer)

Personally stood **Eeon**, a free born person as defined in law and "member of the
common community..." who proved to me on the basis of satisfactory evidence
to be the person whose name is ascribed to the within original instrument and
acknowledged to me that he executed the same in his authorized capacity, and
that by his signature on the instrument the person, or the entity upon behalf of
which the person acted, executed the instrument in good faith without ill-intent.

> I certify under PENALTY OF PERJURY under the laws of the
> State of California that the foregoing are paragraph is true and
> correct.

WITNESS my hand and official seal.

Signature _____        **(Seal)**

## ATTESTMENT, DECLARATION and CERTIFICATE OF SERVICE

We hereby certify that We [  ] have mailed; [X] will mail immediately upon filing; a copy of this document that We have filed with the clerk of court.  On or about the same day as noted on the stamped filed copy. we also attest as well as subscribe that the aforementioned information is accurate as of this day so help us God.

**4-28-2018**

By: Eeon, A free-born American Citizen