To: The Clerk of the *Court*

From: Eeon, in his natural capacity

Reference: Interference with Access to the *Court*

FILED

JUN 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 24, 2018

To whom it may concern:

    Dear clerk, you are hereby placed on notice that you received via United States Postal Service mail, summons and set of subpoenas, in the matter of (United States v. The, etc. al. 2018 CL (CIV) 3449) on or about May 25, 2018 and here now more than five weeks later (your civil clerk has communicated that they did in fact receive this communication on or about June 1, 2018), you have failed to issue by affixing the court seal and your signature (or signature or one of your deputies) as prescribed by law. You are interfering with the processing of this particular matter and are commanded to cease and desist with such interference.

    You are further placed on notice, that this matter involves **THE FALSE CLAIMS ACT otherwise known as a Qui-TAM matter,** whereby one brings a claim on behalf of the United States of America, and the attorney general is given a 60-day (calendar day) grace period to determine whether or not to intercede and litigate the matter. The matter is to be placed under seal during that period of time. These procedures coincide with the rules of **Common Law**, you have to the present day failed to follow the rules of **Common Law** as prescribed by the seventh amendment of the Constitution for the United States of America, you are in breach of your fiduciary duties.

    We thank you for your services, your fair, unbiased, and expeditious attention to due process, equal protection of law, *Common-Law*, and the Bill of Rights respecting petitioner's and their petitioning of the Government, In This Case the Judicial Branch, for redressing the grievable issues which carries with it an expectancy of a correction of any wrongs brought to the attention of that body.

    Please note that the intentions are clearly stated, there can be no misconstruing as to the exercise of the right to be at *Common-Law*, before a *Common-Law* court, before a *Common-Law* jury, under the rules of *Common-Law*, please do not interfere with this right or set of rights. You are receiving these communications so that there can be no misconstruing of the original intent, and so that there can be no excuse on your part when a criminal claim is filed against you and your deputies/agents who are officers of the court for failure to carry out the duties of your office.

Declaration and Certificated PROOF OF SERVICE

The PLAINTIFF's certifies that they mailed or faxed or e-served this Emergency Motion to the Following parties the same day of mailing to the court by pre-paid postal or e filing, directed to each of the parties of record at their official address of record, and please note the maxim notice to agent is notice the principal.

The provisions of all of the agreements associated with this matter are hereby amended as self-executing in conformity with due process, equal protection of **Common-Law**s, and the dictates of **Common-Law** Justice. Presented on this June 24, 2018 with **All Rights Reserved, Retained**, and **Fully Exercised** by the plaintiffs, as witnessed and attested before the true God, so help us all.

By: Eeon,
A Natural Freeborn Man
A Private American Citizen

To: The Clerk of the *Court*

From: Eeon, in his natural capacity

Reference: Interference with Access to the *Court*

June 24, 2018

To whom it may concern:

Dear clerk, you are to forward this to the presiding article III Judge, who shall receive this in that capacity and no other. You have interfered with my right to access the *Court*, and to exercise the rights secured by the Bill of Rights outlined in the Constitution for the United States of America, you are hereby ordered to cease-and-desist with such interference, there will be no further demands regarding this.

To, the presiding article III Judge

You are hereby bound to your appointment and oath, that this matter is to be assigned to a Judicial Branch of Government article III Judge, and shall remain within that venue at San Francisco within the *Jurisdiction* of *Common-Law* as prescribed by the Bill of Rights provisions and the Rules of *Common-Law*.

You when the party whom you assign and all other agents and/or officers associated with this matter, this venue and/or any other venue and/or transference shall remain fiduciaries and obligated under the trust agreement, subject to binding arbitration until justice has been completely done respecting this matter, At *Common-Law*.

**Annexed**:

First Amended Complaint

In The District *Court* of "**The United States of America**"

IN AND FOR the State of California

THE UNITED STATES OF AMERICA, et al           *Common-Law* Record Number: <u>18</u> CL (<u>Civ</u>) <u>3449</u> <u>SVK</u>

v.

The COUNTY OF **TUOLUMNE**, et al

A matter may be amended at any time prior to the service upon any defendant, because this matter also contains a challenge to statute and a representation of the United States of America, the attorney general has a due process right at *Common-Law* to choose whether or not to intercede, they have a 60 calendar day period whereby to do so. Until and at such time as that party chooses to do so we will need an injunction order from this *Court* against the defendants, as the aforementioned will cause irreparable harm to the Plaintiff's if an injunction is not issued. The injunction shall include a prohibition against any and all actions by the defendants concerning the Plaintiff's without leave of the *Court* in its *Common-Law* capacity.

You are to be further made aware that without the consent of the Plaintiff's, this matter may not be transferred to any other *Jurisdiction* other than the *Jurisdiction* of original presentment, i.e. the city of San Francisco, California within the District *Court* of the United States of America, and not the United States District *Court* which is an administrative venue. This matter shall remain at *Common-Law* throughout its duration, the *Jurisdiction* shall remain *Common-Law*, and the rules prescribed for this particular matter shall be that at *Common-Law* as outlined in the Declaration of Independence, the Northwest Ordinance, and the United States of America Constitution.

As an article III Judge you are duly bound and are under oath when carrying out the duties of your office and so is each of the other members you oversee including the clerk and their deputies, everything and anything that you do respecting this matter will be deemed to be under your official capacity as an officer of The Judicial Branch of Government. If you violate the rights of any American Citizen, and or your oath and/or interfere with the access to the *Court*, it shall be deemed and/or held to have been done knowingly, intentionally, willfully, and deliberately against the interests of the United States and or the citizens of the United States of America, and a criminal claim for bad behavior will be filed against you and or in addition the agents for whom you supervise for such conduct.

The injunction shall be completed by the article 3 (III) Judge in his official capacity, and delivered to each of the defendants listed in the complaint, as well as the Attorney General's Office. You are also to notify all parties that attorneys are not permitted to enter at *Common-Law*, and or to speak on behalf of a private citizen, *Common-Law* recognizes only Counsel, and further this Court must recognize the fact that one needn't object to a falsehood, a misrepresentation of facts, a presumption, and or legal terminology, a technicality, or a theory as none are permissible At *Common-Law*.

We thank you for your services, your fair, unbiased, and expeditious attention to due process, equal protection of law, *Common-Law*, and the Bill of Rights respecting petitioner's and their petitioning of the Government, In This Case the Judicial Branch, for redressing the grievable issues which carries with it an expectancy of a correction of any wrongs brought to the attention of that body.

Please note that the intentions are clearly stated, there can be no misconstruing as to the exercise of the right to be at *Common-Law*, before a *Common-Law* court, before a *Common-Law* jury, under the rules of *Common-Law*, please do not interfere with this right or set of rights.

### Declaration and Certificated PROOF OF SERVICE

The PLAINTIFF's certifies that they mailed or faxed or e-served this Emergency Motion to the Following parties the same day of mailing to the court by pre-paid postal or e filing, directed to each of the parties of record at their official address of record, and please note the maxim notice to agent is notice the principal.

The provisions of all of the agreements associated with this matter are hereby amended as self-executing in conformity with due process, equal protection of *Common-Law*s, and the dictates of *Common-Law* Justice. Presented on this June 24, 2018 with **All Rights Reserved, Retained,** and **Fully Exercised** by the plaintiffs, as witnessed and attested before the true God, so help us all.

By: Eeon,
A Natural Freeborn Man
A Private American Citizen

In The District Court of "**The United States of America**"
IN AND FOR the State of California

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Eeon, A Free-born American Citizen and Relator, THE ESTATE OF EEON, a state agency, the ESTATE CONCETTA MCBRIDE, THE ESTATE OF GREGORY MCBRIDE; ET AL.<br>**Plaintiff's** | **Common-Law** Record Number: <u>18</u> CL (<u>Civ</u>) <u>3449</u> SVK |
| The COUNTY OF **TUOLUMNE**, THE COUNTY OF MONTEREY, in Their non-governmental capacity, etc. al, Doe's 1-10,000; in their non-official capacities;<br>**DEFENDANT's** | NOTIFICATION- Correction of the Record Failure to Redress/or Correct warning- |

_____/

Affidavit: "**Attested, Affirmed, Ascribed, Declared by the signatory and natural person EeoN, in his natural capacity, and placed as a memorial within the record of this matter-**

    I.    The Original Complaint and Cover Sheet:

1. The original complaint and cover sheet clearly documented the intent of the petitioner's, and the jurisdiction for which the complaint was being filed i.e. Common-Law.

2. The Court was admonished under its Common-Law capacity not to alter the caption from the original intent and receipt by the Court and its officers.

3. That which was first is not preceded by that which came second i.e. the intent will and shall remain the intent throughout these proceedings, again that is that this matter shall remain at Common Law, under Common Law jurisdiction, under Common Law rules. That is unless there is placed on the record that Common Law does not exist, is not recognized in the United States of America, and that somehow under some pretense someone could possibly suspend the Common Law and create a new jurisdiction without the consent of the People.

    II.    The Right to Petition for Redress:

4. We hereby challenge legal terminology as being a foreign language and not the language of the Common People were any normal natural man and/or woman would understand, as required by the original Judiciary act of 1789 September 24.

5. Since the legal terminology dictionary is different from the dictionary of the Common People i.e. English dictionary, is objected to as being relied upon and its contents being utilized to alter the intent, value, substance, venue, jurisdiction, and or the authority under which these proceedings were initiated by the presenters.

6. Please note that one branch of government cannot suspend the Constitution they don't have the authority, the people have never delegated to them that authority, and thus we have the authority to challenge such presumptions, and/or assumptions, and/or illegalities as a matter of right and we do so demand our challenge we recognize and addressed immediately.

   III.   This matter was improperly reassigned a different jurisdiction and venue:

7. This matter was originally sent to the District Court of the United States of America at San Francisco California, and not the UNITED STATES DISTRICT COURT an administrative agency.

8. The UNITED STATES DISTRICT COURT an administrative agency proceeded on its own volition to send this matter to the UNITED STATES DISTRICT COURT at San Jose without consent of the parties, we have notified the court of this error, and at present they have failed to correct.

9. We hereby command, demand, instruct, and admonish the court and its officers under the authority of their oath office for the office that they hold in trust, to correct the error immediately by placing this matter originally intended to be filed/recorded at Common Law according to the rules of Common Law and the seventh (7th) amendment of the United States of America Constitution, within the jurisdiction of Common-Law.

10. Failure to do so will be a breach of your fiduciary duty of care, will also be criminal with the intent to subvert, impede access via gatekeeping, and denied the rights of American citizens to the equal access to Justice, the Courts of the United States of America, Due Process and the Equal Protection of Laws, permitting this matter to go before the supervising agency for the Courts of Original Jurisdiction, the Supreme Court of the United States of America.

11. Your failure to correct this will subject you to the binding arbitration clause and the consequences of your defaulting and your duties under your trust obligations, you will receive no further warnings.

    IV.   Communication with the Court:

12. By your receipt, acceptance, and acknowledgment of receipt of the original complaint, with the original intent to be filed at Common Law, and failure to rebut, object, and or protest; you by acknowledgment of such receipt and recording of the

complaint did so within the capacity of common-law, we accept your acceptance, and documented acknowledgment of acceptance.

13. However, there was no consent, is no consent, and shall be no consent for the clerk, or any other Court official to change the caption, the font, the style of the Plaintiffs identifiers, names, and or their capacities throughout these proceedings, you are forbidden from ever doing so, and are hereby commanded, ordered, demanded to change the caption to reflect that as presented by the presenters in the format, form, style, font, upper and lowercase caps as presented.

14. The law holds out at both common-law and at statutory law that a party must be notified before they may be subject to any deprivations of any rights, you failed to notify us but we will continue to notify you, before we file our claims for your violation of your oath of office and acting in bad faith thus equating to bad behavior during such times.

   The aforementioned information is done under penalty of the United States of America Constitution's Bill of Rights and is attested as accurately presented, with the intent of making sure that all the parties interests are protected as secured by that trust/treaty agreement. All officers and/or parties are hereby placed under solemn oath to conduct themselves Honorably, Respectfully, providing Due Process under common law rules to each party whether adverse or otherwise. This is witnessed before God as such, is binding on all parties henceforth, and incorporated into the trust agreements as restated before this matter on this day 25 of June 2018 A.D. so help me God".

EeoN _____ (Hand Sign)

'All rights exercised, reserved, retained, with prejudice!'

**Service Fee Authorization Approval Form**

**SOCIAL SECURITY ADMINISTRATION**
OMB No. 0960-0719

"I Eeon As Grantor and Beneficiary Do Hereby Grant Authorization for the Tender of Fees for Services Rendered by the Grantee as named below, and do so in accords with the Emergency Banking Relief Act of March 9, 1933 see:- Presidential Proclamation 2039, 2040 along with the Congressional Notes, Records and Documents for the 73rd Session General Assembly Congress. I demand an Accounting of the transaction returned myself upon receipt", **I PAY THIS TO THE ORDER OF THE GRANTEE, WITHOUT RECOURSE**

Common Law Record # 18 CL (civ) 3449 SVK

X_____
Grantor Beneficiary and Authorized Agent



**APPLICATION TO COLLECT A FEE FOR PAYEE SERVICES**

We, as representative of the organization also known/referred to as Grantee, named below, request authorization from the Social Security Administration **to collect a fee for providing payee services** in accordance with section 205(j)(4)(A) of the Social Security Act. (42 USC 405 (j)(4)(A))

I understand that I must provide the following documents along with this application:

- Proof of tax exempt status under Sec. 501 (c) of the Intimal Revenue Code (if applicable).
- Our organization's mission statement.
- A list of current beneficiaries being served (if applicable) including name, address and SSN.
- Proof of State License (if applicable).
- Proof of Bond/ Insurance (if applicable).

1.) Name of Organization _____

2.) EIN _____

3.) Type of Organization _____
   — Community based, non-profit social service agency
   — State/Local Government Agency

4.) Address _____

5.) City, state, Zip code _____

Phone Number ( ) - _____

Licensed   No   (Circle One)
If YES, Licensor name and type of license _____
Exp. Date _____
Licensor Address _____   Phone Number ( ) - _____

Bonded/Insured   Yes   No   (Circle One)
If YES, Bond/Insurance Co. name _____
Address: _____
_____   Phone Number ( ) - _____

Bond/Policy Type _____   Exp. Date _____
Amount _____   Serial/Policy # _____

8.) Does the bond/ policy coverage include claims against all officers and employees for theft?
_____

9.) Is your organization currently charging a fee for providing payee services?   Yes   No   (circle one)
_____

10.) Does your organization receive or collect money from other sources for representative payee services?   Yes   No   (circle one)   If yes, list amount and areas served by zip code
_____

11.) Does your organization serve as representative payee in multiple areas?   Yes   No   (circle one)
If yes, list all the locations (branches) including mailing address and contact information
_____

12.) Do you serve any beneficiaries who owe you money now, or will owe you in the future?   Yes   No (Circle One)   If YES, please describe the amount and reason for the debt:
_____
_____

SSA-445a (07-2017)